UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERARD BELL,<br><br>                    Plaintiff,<br>        v.<br><br>WASHINGTON SUPREME COURT, et al.,<br><br>                    Defendants. | CASE NO. 3:22-cv-05613-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1) The Court ADOPTS the Report and Recommendation (Dkt. No. 5.)

2) Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 1) is DENIED WITH PREJUDICE.

3) Plaintiff's Motion for Appointment of Counsel (Dkt. 3) is DENIED WITHOUT PREJUDICE and this case is DISMISSED WITH PREJUDICE.

4) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable David W. Christel.

Dated this 8th day of December, 2022.

_____
David G. Estudillo
United States District Judge